[No. 43413-6-I.    Division One.    November 8, 1999.]

KATHLEEN MCGUIRE, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 97-2-00045-1, John M. Meyer, J., entered
September 4, 1998. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Cox and Appelwick, JJ.

[No. 43437-3-I.    Division One.    November 8, 1999.]

JOHN DOE, *Respondent*, v. GONZAGA UNIVERSITY, ET AL.,
*Appellants*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated January 31, 2000.
Substitute opinion filed. Now published at 99 Wn. App.
338.

[No. 43527-2-I.    Division One.    November 8, 1999.]

CASES, INC., ET AL., *Appellants*, v. THE CITY OF ARLINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-2-07119-2, Gerald L. Knight, J.,
entered October 13, 1998. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Coleman and Becker, JJ.

[No. 43587-6-I.    Division One.    November 8, 1999.]

THE CITY OF EVERETT, *Appellant*, v. SNOHOMISH HEALTH
DISTRICT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-2-08411-3, Ronald L. Castleberry,
J., entered September 29, 1998. *Reversed* by unpublished
opinion per Baker, J., concurred in by Coleman and Grosse,
JJ.